IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRIAN BROWN,

      Appellant,

v.

JERRY PYBUS ELECTRIC
AND NORTH AMERICAN
RISK SERVICES, INC.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-726

Opinion filed July 3, 2014.

An appeal from an order of the Judges of Compensation Claims.
Laura Roesch, Judge.

Date of Accident: November 2, 1999

Paul M. Anderson of Anderson & Hart, Tallahassee, for Appellant.

James N. Mcconnaughhay of Mcconnaughhay, Duffy, Coonrad, Pope & Weaver,
Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.